UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>John R. Griffin, Jr.</u>

       v.                         Case No. 17-cv-160-SM

<u>New Hampshire Department of Corrections</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 25, 2017 (document no. 8), for the reasons set forth therein. Plaintiff's complaint is dismissed in its entirety for failure to state a claim upon which relief can be granted, and his motion for summary judgment is hereby denied.

The Clerk of Court shall enter judgment in accordance with this order and close the case.

SO ORDERED.

                                              Steven J. McAuliffe
                                              United States District Judge

Date: October 5, 2017

cc:   John R. Griffin, Jr., pro se